WILLIAM C. ROOKLIDGE, SBN 134483
    wrooklidge@gibsondunn.com
FRANK P. COTÉ, SBN 204529
    fcote@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone: 949.451.3800
Facsimile:  949.451.4220

Attorneys for Plaintiff ACCLARENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACCLARENT, INC., | CASE NO. 5:16-cv-06919 |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| FORD ALBRITTON IV, | |
| Defendant. | |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Acclarent, Inc., by its undersigned counsel, hereby gives notice of its voluntary dismissal without prejudice of the above styled action.

Dated:  December 2, 2016

　　　　　　　　　　　　　　　　　　WILLIAM C. ROOKLIDGE
　　　　　　　　　　　　　　　　　　FRANK P. COTÉ
　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP

　　　　　　　　　　　　　　　　　　By: */s/ William C. Rooklidge*
　　　　　　　　　　　　　　　　　　　　　　William C. Rooklidge

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff ACCLARENT, INC.

102220525.1

Gibson, Dunn &
Crutcher LLP

1
NOTICE OF DISMISSAL